UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAUGHING RABBIT, INC.,

    Plaintiff,

    v.

PETERSON INDUSTRIES, LLC,

    Defendant.

Case No. C07-0466RSL

ORDER DENYING MOTION FOR DEFAULT, GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER, AND DENYING MOTION TO STRIKE

    This matter comes before the Court on plaintiff's motion for default (Dkt. #6). The deadline to answer was September 4, 2007. However, before plaintiff filed this motion, defendant did not file an answer or otherwise defend.

    After plaintiff filed its motion, defendant filed a motion to extend time to answer (Dkt. #8) and filed its answer on November 9, 2007. Defendant explained that it did not file its answer sooner because the parties were engaged in good faith settlement negotiations, and it believed that plaintiff had consented to an extension to facilitate settlement. Plaintiff filed a motion to strike defendant's answer. (Dkt. #14).

    The record does not show that plaintiff consented to an extension to answer beyond September 4, 2007. Nor did plaintiff somehow trick defendant into believing such an agreement

ORDER - 1

had been reached.  Also, it was defendant's obligation to obtain that consent to avoid a motion for default.

Nevertheless, the Court prefers to resolve matters on the merits.  Furthermore, even if default were entered, the Court would vacate the default because defendant has shown good cause to do so.  Defendant has offered a credible, good faith explanation for its failure to answer in a timely manner.  There is no evidence that defendant ignored the complaint, attempted to manipulate the system, or delayed responding to gain a strategic advantage.  Also, the delay has been minimal and has not prejudiced plaintiff.  Defendant is cautioned, however, to exercise diligence regarding deadlines in this matter.

Accordingly, the Court DENIES plaintiff's motion for default (Dkt. #6), GRANTS defendant's motion for an extension to answer (Dkt. #8), and DENIES plaintiff's motion to strike defendant's answer (Dkt. #14).

DATED this 16th day of November, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2